

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

1007 N. Orange Street, Suite 700　　　　(302) 573-6277
P.O. Box 2046　　　　　　　　　　　　　FAX (302) 573-6220
Wilmington, Delaware 19899-2046　　　　TTY (302) 573-6274
　　　　　　　　　　　　　　　　　　　Toll Free (888) 293-8162

February 1, 2018

The Honorable Leonard P. Stark, Chief Judge
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware 19801

Re:　**United States v. Lorraine Y. Mosley,**
　　　**Criminal Action No. 17-18 - LPS**

Dear Chief Judge Stark:

This is a joint status report, submitted pursuant to the Court's Order, dated January 23, 2017. Docket Item 48. The parties request the Court to schedule the matter for a three-day trial. The defendant requests that the trial be scheduled for a date after June 11, 2018.

The defendant reports: Ms. Mosley's case was recently reassigned to Assistant Federal Defender Eleni Kousoulis. Ms. Kousoulis requires time to familiarize herself with the case and to meet with Ms. Mosley to discuss trial strategy and to conduct necessary investigation. In addition, on January 31, 2018, Defense counsel was provided with additional discovery that includes, among other items, forensic images of three cell phones and recordings of over 500 telephone call that the defense wants to review in preparation for trial. Additionally, defense counsel's paralegal, whose assistance in this case is needed, will be out on maternity leave in April and May, 2018. Defense counsel will be out of the office and unavailable from June 29, 2018 through July 10, 2018. In light of the foregoing, it is respectfully requested that a trial date in this matter be set for any time after June 11, 2018. Ms. Mosley is presently out of custody on pretrial release and she has no objection to a trial being scheduled for a date after June 11, 2018.

The government has no objection to the defendant's request but respectfully asks that trial be scheduled for a date soon after June 11, 2018. The government further requests that the Court exclude under the Speedy Trial Act the time from the date of this letter through the date on which the trial is to commence.

Respectfully,

DAVID C. WEISS,
Acting United States Attorney

By: _____
Edmond Falgowski, Assistant U.S. Attorney

cc: Eleni Kousoulis, Esq.