# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　 )<br>　　　　Plaintiff, 　　　　　　　　　)<br>　　　　　　　　　　　　　　　 )<br>　　　　v. 　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　 )<br>Lorraine Y. Mosley, 　　　　　　　　)<br>　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　 )<br>　　　　Defendant. 　　　　　　　　)  | Criminal Action No. 17-18-LPS |

## UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

NOW COMES the United States of America, by and through its undersigned attorney to move to modify the existing scheduling order (D.I. 51) (the "Order") so that the motions *in limine*, proposed jury instructions, proposed verdict sheet, and voir dire (the "Filings") now be due June 5, 2018.

1. The existing Order requires the parties to file the Filings on June 4, 2018.

2. The parties have been able to confer regarding the Filings but agree that they could benefit from an additional day to discuss proposals before the Filings are due.

3. The parties agree that responses to the motions *in limine* would still be due on June 8, 2018. No other deadlines would be affected by the instant motion.

4. The government conferred with counsel for Defendant, Edson Bostic, Esq., who did not object to this motion.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　DAVID C. WEISS
　　　　　　　　　　　　　　　　　　　Acting United States Attorney


　　　　　　　　　　　　　　　　By:　*/s/ Alexander P. Ibrahim*
　　　　　　　　　　　　　　　　　　　Alexander P. Ibrahim
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: June 1, 2018