IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 17-18-LPS |
| ) | |
| LORRAINE Y. MOSLEY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At Wilmington this 6th day of **June, 2018**,

IT IS HEREBY ORDERED that:

1. A three (3) day jury trial is scheduled to commence on **Thursday, September 13, 2018** at **9:00 a.m.**, with jury selection beginning at **9:30 a.m.**, in courtroom 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. A pretrial conference is scheduled for **Wednesday, September 5, 2018** at **1:00 p.m.** in courtroom 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

3. Motions *in limine*, proposed jury instructions, proposed verdict sheet and voir dire shall be filed by **Monday, August 27, 2018**. Responses to any Motions *in limine* shall be filed by **Wednesday, August 29, 2018**.

4. The time between the date of this order and the commencement of the September 13, 2018 jury trial shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.

IT IS FURTHER ORDERED that the foregoing schedule my only be modified with the permission of the Court for good cause shown.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE