June 11, 2018

The Honorable Leonard P. Stark
Chief United States District Court Judge
District of Delaware
844 King Street
Wilmington, DE 19801

      Re:    United States v. Lorraine Mosley
                Criminal Action No. 17-18-LPS

Dear Chief Judge Stark,

      The defense submits this letter in response to the letter filed by the government on June 8, 2018. For the reasons outlined in detail in the defense's *ex parte* submissions filed in the above-referenced case (D.I. 54,55), it is the defense's position that it has made the requisite showing to meet the burden under Federal Rule of Criminal Procedure 17(c). Should the Court require clarification or further information from the defense, Defense counsel can make themselves available to meet with the Court, *ex parte*, at a time convenient to the Court, to provide the Court with whatever additional information that the Court requires.

                                      Respectfully submitted,

                                      /s/ Edson A. Bostic
                                      Edson A. Bostic
                                      Federal Public Defender

                                      /s/ Eleni Kousoulis
                                      Eleni Kousoulis
                                      Assistant Federal Public Defender

                                      Attorneys for Lorraine Mosley