RE: Final Jury Instructions -- please email me any objections by 8 p.m. tonightIbrahim, Alexander (USADE) to: Eleni Kousoulis,
09/17/2018 07:23 PM
Cc: Edson Bostic, "Falgowski, Edmond
From: "Ibrahim, Alexander (USADE)"
To: Eleni Kousoulis

Cc: Edson Bostic                                          Falgowski, Edmond

History:
This message has been forwarded.

Good evening Your Honor,

The government has no objections to the Final Jury Instructions.  We believe that the instructions are correct as is and are in accordance with the model Third Circuit instructions.

Respectfully,
Alex Ibrahim


**From:** Eleni Kousoulis
**Sent:** Monday, September 17, 2018 7:03 PM
**To:** Judge
**Cc:** Edson Bostic                    Ibrahim, Alexander                              Falgowski, Edmond
**Subject:** RE: Final Jury Instructions -- please email me any objections by 8 p.m. tonight

Good Evening Judge Andrews,

The defense has one objection to the jury instructions that we forgot to bring to the Court's attention earlier today when we were discussing the jury instructions in Court.  As you may recall, the parties submitted differing requests in the proposed jury instructions that the parties filed with the Court with regard to the elements of the offense of Hobbs Act –Extortion Under Color of Official Right.  As the defense argued at the Pretrial Conference, the defense's position is that the government must prove as an element of the offense that Lorraine Mosley was a public official.

The instruction as written without requiring the government to prove that Lorraine Mosley was a public official presupposes and presumes that she is a public official.  The defense's position, as we argued at the Pretrial Conference, is that as an element of the offense, the government has to prove that Lorraine Mosley was a public official.  As we stated during the Pretrial Conference, the definition of public official that the defense would request is the definition found in the U.S. Sentencing Guidelines in the Commentary to section 2C1.1 at Application Note 1.  One definition of "public official" in that Guidelines section is "an officer or employee acting on behalf of a state or local government, or any department, agency, or branch of government."  U.S.S.G. section 2C1.1, Application Note 1(C).  The defense respectfully requests that a fourth element be added to the Court's Final Jury Instructions that the government must prove that Lorraine Mosley was a "public official," and that the above definition of public official be given.

Should you desire any additional information or argument on that issue, please let us know.  The defense has no other objections to the Court's Final Jury Instructions.

Respectfully,
Eleni

**From:** Judge                                                                                                   >
**Sent:** Monday, September 17, 2018 6:22 PM
**To:** Eleni Kousoulis                                ; alexander brahim                edmond falgowski
**Subject:** Final Jury Instructions -- please email me any objections by 8 p.m. tonight

*(See attached file: 17cr18 Final Jury Instructions_Draft 0917.pdf)*